# The DeHaan Law Firm P.C.

300 Rabro Drive East ▪ Suite 101 ▪ Hauppauge, New York 11788 ▪ 631.582.1200

John W. DeHaan, Esq.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET

January 17, 2025

**Via ECF**
Hon. Victoria Reznik, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: **Ortiz v. O'Malley, Comm'r of Soc. Sec.**
      **Docket No.: 7:24-CV-07704-KMK-VR**

Dear Magistrate Judge Reznik:

  I represent the plaintiff, Efraim Ortiz, in connection with the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. The Commissioner is represented by Jonathan King and, in his absence this week, Sergei Aden of the Office of General Counsel.

  I write pursuant to Standing Order M10-468 to jointly request a modification of the briefing schedule in this case. I apologize for the lateness of this request, but in addition to the holidays, I am just getting over the flu after almost 2 weeks. As a result, I was unable to make this request earlier.

  Specifically, the parties have agreed on the following modifications to the briefing schedule:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff's to Serve/File Motion | January 10, 2025* | **March 10, 2025** |
| Defendant to Serve/File Opposition | February 10, 2025 | **May 9, 2025** |
| Plaintiff to Serve/File Reply | February 24, 2025 | **May 23, 2025** |

*Although the Commissioner served/filed the Administrative Record via ECF on December 10, 2024, I have been experiencing a problem with the S.D.N.Y. ECF System, which has not allowed me to open the Administrative Record. As a result, I did not receive the Administrative Record until it was served upon me via the USAfx System on December 11, 2024.

  As indicated above, the parties agree upon the amended schedule. There have been no prior requests for an adjournment of these dates. I would normally ask for a shorter time-frame than requested herein, however, I already have moving briefs due on other cases on January 27, February 5, and February 10, 205; I am moving my office during the month of February; and I am out of town from February 1, to February 21, 2025. As a result, a shorter deadline would most likely result in the need for a second request.

**THE DEHAAN LAW FIRM P.C.**

Page 2 of 2

Hon. Victoria Reznik, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
*Re:*   *Ortiz v. O'Malley, Comm'r of Soc. Sec.*
           Docket No.: 7:24-CV-07704-KMK-VR
January 17, 2025

If any additional information is needed in connection with this request, please do not hesitate to advise me. Thank you for Your Honor's consideration of this request, and I apologize again for the lateness of this request.

Respectfully submitted,
The DeHaan Law Firm P.C.
By:   /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:   Jonathan King, OGC (Via ECF)
       Sergei Aden, OGC (Via Email)

The parties' request for an amended schedule is **GRANTED**. But there will be no further extensions. As such, Plaintiff's motion is now due March 10, 2025, Defendant's Opposition is due May 9, 2025, and Plaintiff's reply--if any--is due May 23, 2025. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 7.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 1-21-25