

March 1, 2025

**Via ECF**
Hon. Victoria Reznik, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    **Ortiz v. O'Malley, Comm'r of Soc. Sec.**
              **Docket No.: 7:24-CV-07704-KMK-VR**

Dear Magistrate Judge Reznik:

      I represent the plaintiff, Efraim Ortiz, in connection with the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. The Commissioner is represented by Jonathan King and, in his absence this week, Sergei Aden of the Office of General Counsel.

      In accordance with Your Honor's Individual Practice Rules, I write to request a four (4) day extension of the motion briefing schedule in this matter, which would result in the following changes:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff's to Serve/File Motion | March 10, 2025 | **March 14, 2025** |
| Defendant to Serve/File Opposition | May 9, 2025 | **May 15, 2025** |
| Plaintiff to Serve/File Reply | May 23, 2025 | **May 23, 2025** |

      I note that the due date for my Reply Brief is unchanged.

      I make this request because I had missed a full week of work due to a stomach virus (from February 11-17), and this past week, I had to move my office to a new location. These two (2) factors proved extremely disruptive, and will prevent me from completing my brief by the current deadline.

      I have consulted with Mr. King, and he consents to this request. The parties had previously requested a modified briefing schedule, and that request was granted.

**THE DEHAAN LAW FIRM P.C.**
Hon. Victoria Reznik, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
*Re:*   Ortiz v. O'Malley, Comm'r of Soc. Sec.
          Docket No.: 7:24-CV-07704-KMK-VR
March 1, 2025

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By:   /s/ *John W. DeHaan*
John W. DeHaan, Esq.

cc:   Jonathan King, OGC (Via ECF)

The parties' request is **GRANTED**. Plaintiff's motion is now due March 14, 2025. Defendant's brief is due May 15, 2025. There will be no further extensions. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 9.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
Dated: 3-5-25