UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFRAIM O.,

                              Plaintiff,

              v.

MARTIN J. O'MALLEY,

                           Defendant.

No. 24-CV-07704 (KMK)

ORDER ADOPTING REPORT &
RECOMMENDATION

KENNETH M. KARAS, United States District Judge:

On October 10, 2024, Efraim O. ("Plaintiff") brought this case pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision by the Commissioner of Social Security to deny Plaintiff's application for disability benefits.  (Dkt. No. 1.)

On November 21, 2024, the Court referred this case to Magistrate Judge Victoria Reznik, (Dkt. No. 5), and the case was reassigned to Magistrate Judge Gary R. Jones on September 2, 2025, (see Dkt.).  Judge Jones issued a thorough Report & Recommendation on September 17, 2025, recommending Plaintiff's Motion for Judgment on the Pleadings be granted and the case be remanded for further proceedings because the Administrative Law Judge hearing Plaintiff's claim erred in discounting his testimony regarding psychiatric symptoms caused by certain medical impairments.  (Dkt. No. 19 ("R&R").)  No objections were filed.[1]

---

[1] Judge Jones provided notice that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days of the receipt of the R&R, and that the failure to object would constitute a waiver of either Party's right to raise any objections to the R&R on appeal.  (*See* R&R 27).

When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error. *See Torres v. Golden Home Furniture Inc.*, No. 20-CV-4789, 2023 WL 3791807, at *1 (S.D.N.Y. June 2, 2023) (citing *Andrews v. LeClaire*, 709 F. Supp. 2d 269, 271 (S.D.N.Y. 2010)); see also *ExxonMobil Oil Corp. v. TIG Ins. Co.*, No. 16-CV-9527, 2022 WL 17070111, at *1 (S.D.N.Y. Nov. 17, 2022) (same). The Court has reviewed the R&R and, finding no substantive error, clear or otherwise, adopts the R&R in its entirety.

It is hereby ORDERED that the Report and Recommendation, dated September 17, 2025, is ADOPTED in its entirety, and that the case is remanded for further proceedings consistent with the R&R. The Clerk of the Court is respectfully directed terminate the pending motion (Dkt. No. 14) and close the case.

SO ORDERED.

DATED:     December 15, 2025
             White Plains, New York

                             KENNETH M. KARAS
                             UNITED STATES DISTRICT JUDGE