**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EFRAIM O.,

                    PETITIONER,                                        24 **CIVIL** 7704 (KMK)(GRJ)

          -against-                                                    **JUDGMENT**

MARTIN J. O'MALLEY,
                                   RESPONDENT.
------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 15, 2025, the Court adopts the Report &

Recommendation in its entirety, and that the case is remanded for further proceedings consistent

with the R&R; accordingly, the case is closed.

**Dated:**  New York, New York
          December 17, 2025


                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**


                                          BY:      _____
                                                            **Deputy Clerk**